FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D2024-2869
_____

RENWICK KEEL,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Okaloosa County.
Terrance R. Ketchel, Judge.


April 9, 2025

PER CURIAM.

    The Court dismisses the appeal for lack of jurisdiction. *See* Fla. R. App. P. 9.130(a)(4) ("Orders disposing of motions for rehearing or motions that suspend rendition are not reviewable separately from a review of the final order . . . .").

LEWIS, WINOKUR, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Renwick Keel, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.